NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUSAN E. MCDONALD,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2010-3138

---

Petition for review of the Merit Systems Protection Board in case no. DC0831100297-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of Susan E. McDonald's motion to voluntarily dismiss her petition,

IT IS ORDERED THAT:

The motion is granted. Each side shall bear its own costs.

FOR THE COURT

AUG 2 4 2010                          /s/ Jan Horbaly
          Date                           Jan Horbaly
                                         Clerk

cc:  Susan E. McDonald
     Douglas G. Edelschick, Esq.                    FILED
                                            U.S. COURT OF APPEALS FOR
s20                                            THE FEDERAL CIRCUIT

Issued As A Mandate:  AUG 2 4 2010              AUG 2 4 2010

                                                 JAN HORBALY
                                                    CLERK